1  CARMEN A. TRUTANICH, City Attorney (SBN 86629)    JS-6
   MICHAEL L. CLAESSENS, Senior Assistant City Attorney (SBN 125379)
2  DANIEL P. AGUILERA, Supervising Deputy City Attorney (SBN 108159)
   BETH D. ORELLANA, Deputy City Attorney (SBN 210455)
3  200 N. Main Street
   700 City Hall East
4  Los Angeles, CA 90012
   Telephone: (213) 978-8291
5  Facsimile: (213) 978-8216
   E-mail: beth.orellana@lacity.org
6
   Attorneys for Plaintiff CITY OF LOS ANGELES
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 LOS ANGELES POLICE            )  Case No.: CV 08-00784 GAF (RCx)
   PROTECTIVE LEAGUE,            )
12                               )  **JUDGMENT**
              Plaintiff,         )
13                               )
       vs.                       )
14                               )
   CITY OF LOS ANGELES, DOES I - )
15 XX, inclusive,                )
                                 )
16            Defendants.        )
                                 )

-1-

# JUDGMENT

On February 3, 2010, having considered the parties' submissions and argument by counsel for the parties, this Court granted summary judgment as to all claims in favor of Defendant City of Los Angeles and against Plaintiff Los Angeles Police Protective League, as set forth in the Court's "Memorandum & Order Regarding City's Motion for Summary Judgment" dated February 3, 2010.

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that Plaintiff Los Angeles Police Protective League shall take nothing on their Complaint in this action and that judgment is hereby entered in favor of Defendant City of Los Angeles. Further, that Defendant City of Los Angeles shall recover from Plaintiff Los Angeles Police Protective League costs of suit in the sum of $ _____.

DATED: February 16, 2010          _____
                                  THE HONORABLE GARY ALLEN FEESS
                                  UNITED STATES DISTRICT JUDGE